11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Jimmy Doyle Allison, Jr.

Appellant

Vs.                   No.
11-02-00091-CV B Appeal from Brown County

Jennifer Lea Allison

Appellee

 

Appellant
filed a notice of appeal but failed to pay the required filing fee.  On May 23, 2002, this court ordered
appellant to pay the $125 filing fee on or before June 21, 2002, and informed
appellant that failure to do so could result in the dismissal of the
appeal.  Appellant has not responded to
the order.

The appeal
is dismissed.  TEX.R.APP.P. 42.3(c).

 

PER
CURIAM

 

November 14, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.